IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02169-RPM-KLM

ANNA M. CANALES,
ANIBAL CANALES, JR., and
ANIBAL CANALES III,

    Plaintiff(s),

v.

DENVER METRO MORTGAGE, INC., a dissolved Colorado Corporation,
KENNETH MEDINA,
MELISSA PACHECO,
ADRIAN PACHECO AYALA,
STONECREEK FUNDING CORPORATION, and
COUNTRYWIDE HOME LOANS, INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' Unopposed Motion for Substitute Service on Defendants Denver Metro Mortgage, Inc. and Kenneth Medina [Docket No. 14; Filed November 28, 2007] ("Motion for Substitute Service"); and Plaintiffs' Unopposed Motion for Leave to Issue Alias Summons for Defendant Melissa Pacheco [Docket No. 15; Filed November 28, 2007] ("Motion for Alias Summons"). To date, Plaintiffs have been unable to serve the Summons and Complaint on Defendants Denver Metro Mortgage, Inc., Kenneth Medina, and Melissa Pacheco.

    IT IS HEREBY **ORDERED** that the Motion for Substitute Service is **GRANTED**. Plaintiffs have informed the Court that Kenneth Medina is the authorized agent for service of process on Denver Metro Mortgage, Inc. Pursuant to Fed. R. Civ. P. 4(e)(1) and Colo. R. Civ. P. 4(f), the Court is satisfied that Plaintiffs have used due diligence to attempt to effect service on Defendants Denver Metro Mortgage, Inc. and Kenneth Medina and that further attempts to obtain personal service on those Defendants would not be successful. The Court also determines that the individuals listed by Plaintiffs are reasonably calculated to give actual notice of service of process to these Defendants. As such, Plaintiffs are authorized to have their process server deliver the Summons and Complaint for Kenneth Medina and Denver Metro Mortgage, Inc. to:

- Nancy Lynn Neel, mother-in-law of Kenneth Medina
  11847 W. 108th Dr.
  Broomfield, CO

- Melissa Medina Ayala, sister of Kenneth Medina
  12711 Colorado Blvd, Unit B 212
  Denver, CO

- John Ayala, brother-in-law of Kenneth Medina
  12711 Colorado Blvd, Unite B 212
  Denver, CO

IT IS FURTHER **ORDERED** that Plaintiffs shall send the Summons and Complaint to the individuals at the addresses listed above by United States mail on or before the day of hand delivery.

IT IS FURTHER **ORDERED** that the Motion for Alias Summons is **DENIED** because Court permission is not necessary to accomplish service of an Amended Summons. Pursuant to Fed. R. Civ. P. 4(e)(1), service on an individual may be effected by following the service rules of the forum state. Colo. R. Civ. P. 4(b) permits an attorney or the court clerk to issue "separate additional or amended summonses . . . against any defendant at any time." Rule 4(b) does not require or contemplate Court approval of the issuance of an Amended Summons. As such, Plaintiffs must take whatever action they deem appropriate regarding service of an Amended Summons on Defendant Melissa Pacheco without Court intervention, while aware that such action may be subjected to scrutiny by the Court in the future.

Dated: December 18, 2007