IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02169-RPM-KLM

ANNA M. CANALES; ANIBAL CANALES, JR.; and ANIBAL CANALES III,

       Plaintiffs,

v.

DENVER METRO MORTGAGE, INC., a dissolved Colorado Corporation; KENNETH MEDINA; MELISSA PACHECO; ADRIAN PACHECO AYALA; STONECREEK FUNDING CORPORATION, a Colorado Corporation; and COUNTRYWIDE HOME LOANS, INC., a New York corporation,

       Defendants.

---

**ORDER OF DISMISSAL**

---

       This matter is before the Court on the Stipulation of Dismissal of Claims against Kenneth Medina and Denver Metro Mortgage, Inc., due notice having been given, and the Court being fully advised in the premises, it is

       ORDERED that Plaintiffs' claims against Kenneth Medina and Denver Metro Mortgage, Inc. are dismissed with prejudice, with each party to bear their own costs.

       Dated: June 9th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge