IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02169-RPM-KLM

ANNA M. CANALES;
ANIBAL CANALES, JR.; and
ANIBAL CANALES III,

        Plaintiffs,

v.

DENVER METRO MORTGAGE, INC., a dissolved Colorado corporation;
KENNETH MEDINA;
MELISSA PACHECO;
ADRIAN PACHECO AYALA;
STONECREEK FUNDING CORPORATION and
COUNTRYWIDE HOME LOANS, INC.,

        Defendants.
_____

ORDER OF DISMISSAL OF DEFENDANTS ADRIAN PACHECO AND STONECREEK
FUNDING CORPORATION AND ORDER DISMISSING CASE
_____

        Pursuant to the Notice of Dismissal of Claims Against Defendant Adrian Pacheco Ayala, filed June 5, 2008 [52] and the Notice of Dismissal of Claims Against Defendant Stonecreek Funding Corporation, filed June 12, 2008 [60], it is

        ORDERED that plaintiffs' claims against defendants Adrian Pacheco Ayala and Stonecreek Funding Corporation are dismissed without prejudice. It is

        FURTHER ORDERED that this civil action is dismissed with each party to bear their own costs.

        DATED: June 12th, 2008

        BY THE COURT:

        s/ Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge